**BELDOCK LEVINE & HOFFMAN**
99 PARK AVENUE, PH/26TH F[LOOR]
NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

EMILY JANE GOODMAN
(JUSTICE NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:    8430.01

WRITER'S DIRECT CONTACT:
917-549-0692
jmoore@blhny.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2022

July 28, 2022

# MEMO ENDORSED

VIA ECF
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10038

**Granted.  SO ORDERED.**

**/s/ Lewis A. Kaplan (mab)**
**Lewis A. Kaplan, U.S. District Judge**
**Dated: July 29, 2022**

Re:    *Feliciano, Madline v. The City of New York, et al.*, 20-cv-10033-LAK

Your Honor:

My office represents Plaintiff Madeline Feliciano, Guardian of Nicholas Feliciano, in the above-referenced matter. I write pursuant to the Court's June 15, 2022 Order (ECF No. 63) for a status report proposing a schedule for further proceedings or stating if there is a disagreement on how to proceed. As the Court is aware, Defendants City of New York and Tasha Lambre have requested a stay in this matter due to a pending criminal investigation regarding this incident. The request was made upon consent of Plaintiff without prejudice to further requests for a stay or opposition to such a further request by any party and granted by the Court.

On behalf of Plaintiff and Defendant City of New York, we respectfully request a brief extension of the stay. Plaintiff submits the enclosed Proposed Stipulation and Order to extend the stay until at least August 27, 2022 with a further status report due on August 27, 2022. The parties are unable to submit a fully executed Proposed Stipulation and Order today and unable to provide a proposed schedule for further proceedings, as counsel for the City of New York is on family medical leave. The parties will supplement this status report with the fully executed Proposed Stipulation and Order as soon as possible.

We thank the Court for its consideration of this matter.

Beldock Levine & Hoffman LLP

The Honorable Lewis A. Kaplan
July 28, 2022
Page 2

                                              Respectfully submitted,

                                              Jonathan C. Moore

cc: All Counsel (By ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
Madeline Feliciano, guardian of Nicholas Feliciano,

                Plaintiff,

    -against-

| | |
|---|---|
| The City of New York; New York City Health and Hospitals Corporation ("HHC"); NYS Parole Officer Tasha Lambre; John Doe 1 (intake officer); John Doe 2 (intake officer HHC); Jane Doe 1 (placement or classification officer); HHC Jane Roe; Richard Roe 1 (transfer officer); Mark Peralta; Captain Terry Henry; New York City Corrections Officer ("C.O.") Daniel Fullerton; C.O. Kenneth Hood; C.O. Konstantinos Makridis; C.O. Mark Wilson; C.O. Nicholas Prensa; EMS John Doe; EMS Jane Doe; and C.O.s John and Jane Does 1 – 8; in their individual capacities, | STIPULATION AND ORDER<br><br>20-cv-10033 (LAK) |

                Defendants.
------------------------------------------------------------------------x

    WHEREAS, THE PARTIES have conferred and determined that a continued stay of this matter is appropriate until at least August 27, 2022, in light of ongoing investigations by governmental authorities into the subject-matter of this lawsuit; and

    WHEREAS, the Court previously further ordered, on consent, that this matter should be stayed until July 28, 2022;

        IT IS HEREBY STIPULATED AND AGREED as follows:

    1.    All proceedings and deadlines in this matter should be stayed until at least August 27, 2022;

2. The parties shall submit a status report to the Court on August 27, 2022, proposing a schedule for further proceedings or stating if there is a disagreement regarding how to proceed;

3. The time for defendants to answer or otherwise respond to the complaint shall be adjourned until further order of the Court, to be determined at some time after August 27, 2022;

4. This stipulation is without prejudice to further requests for a stay or opposition to such a further request by any party.

Dated: New York, New York
July 28, 2022

        Respectfully submitted,

        HON. SYLVIA O. HINDS-RADIX
        Corporation Counsel of the City of New York
        *Attorney for Defendant City of New York*
        100 Church Street
        New York, New York 10007
        (212) 356-2344
        ascheine@law.nyc.gov

        By: _____
             Alan H. Scheiner
             Senior Counsel

        BELDOCK LEVINE & HOFFMAN, LLP
        99 Park Avenue, PH/26th Floor
        New York, New York 10016
        t: 212-277-5825
        e: drankin@blhny.com
        *Attorneys for Plaintiff*

        By:_____
        David B. Rankin

> LETITIA JAMES
> Attorney General
> State of New York
> *Attorney for Defendant Tasha Lambre*

By: _____

> Gee Won Cha
> Assistant Attorney General
> 28 Liberty Street
> New York, NY 10005
> Tel: (212) 416-8373
> Geewon.Cha@ag.ny.gov

SO ORDERED:

_____
HON. LEWIS A KAPLAN
U.S. DISTRICT COURT JUDGE

DATED: _____

3