# MEMO ENDORSED



**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-28-2023

November 27, 2023

**VIA ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl St.
New York, N.Y. 10007

Granted.
SO ORDERED.
/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Court Judge
Dated: November 28, 2023

Re:  Madeline Feliciano, *guardian of Nicholas Feliciano* v. The City of New York, et. al., 20 Civ. 10033 (MKV)

Your Honor:

      I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants City of New York and Mark Peralta in the above-referenced matter.  We write with the consent of all parties to respectfully request that the stay of all proceedings which is presently in effect in this case through November 29, 2023 (see Docket 145), be extended through December 15, 2023.  The reason for the request is that the parties are in continuing settlement discussions under the supervision of Magistrate Judge Cott, the status of which we believe the Court is aware of.

      This is the twentieth request for the stay to be extended.

      Thank you for your consideration herein.

Respectfully submitted,

/s/ Mark D. Zuckerman

Mark D. Zuckerman
Senior Counsel