

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MARK D. ZUCKERMAN
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

January 19, 2024

**VIA ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl St.
New York, N.Y. 10007

    Re: Madeline Feliciano, *guardian of Nicholas Feliciano* v. The City of New York, et. al., 20 Civ. 10033 (LAK)

Your Honor:

    I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants City of New York and Mark Peralta in the above-referenced matter. We write jointly with plaintiffs' counsel to respectfully request that the date for the parties to submit their stipulation and order of dismissal be extended to February 19, 2024. As the Court is aware, the parties' settlement that was reached under the supervision of Magistrate Judge Cott must be approved by the state Guardianship Court. Plaintiffs' counsel reports that the Guardianship Court's approval of the settlement is expected shortly. As such, the parties respectfully request until February 19, 2024 to submit their stipulation and order of dismissal and that this case remain stayed through that date.

    Thank you for your consideration herein.

Respectfully submitted,

/s/ Mark D. Zuckerman

Mark D. Zuckerman
Senior Counsel

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ
1/22/24