


**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

February 16, 2024

**VIA ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl St.
New York, N.Y. 10007

Re: <u>Madeline Feliciano, *guardian of Nicholas Feliciano* v. The City of New York, et. al.</u>, 20 Civ. 10033 (LAK)

Your Honor:

       I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants City of New York and Mark Peralta in the above-referenced matter. We write jointly with plaintiffs' counsel to respectfully request that the date for the parties to submit their stipulation and order of dismissal be extended to March 22, 2024. As the Court is aware, the parties' settlement that was reached under the supervision of Magistrate Judge Cott must be approved by the state Guardianship Court. Plaintiffs' counsel reports that the Guardianship Court yesterday set a hearing on the matter for March 14, 2024. As such, the parties respectfully request until March 22, 2024 to submit their stipulation and order of dismissal and that this case remain stayed through that date.

       Thank you for your consideration herein.

Respectfully submitted,

/s/ Mark D. Zuckerman

Mark D. Zuckerman
Senior Counsel

SO ORDERED
/s/ Lewis A. Kaplan
LEWIS A. KAPLAN USDJ
2/20/24